**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 18, 2018.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SAMUEL J. IACULLO, | § § | CASE NO. 13-51001 |
| | § | CHAPTER 7 |
| Debtor. | § | |
| JAMES S. GRADY, | § § | |
| Plaintiff, | § § | |
| V. | § | ADVERSARY CASE NO. 13-05056 |
| | § | |
| SAMUEL J. IACULLO, | § § | |
| Defendant. | § | |

### ORDER GRANTING MOTION TO DISMISS ADVERSARY PROCEEDING

CAME TO BE CONSIDERED the *Motion to Dismiss Adversary Proceeding* filed by James S. Grady, and the Court, having considered same, is of the opinion that it is meritorious and should be granted. It is therefore

ORDERED that the above-styled Adversary Proceeding is hereby dismissed.

---

# # #

Submitted by:

Melissa S. Hayward
　Texas Bar No. 24044908
　MHayward@HaywardFirm.com
**HAYWARD & ASSOCIATES LLP**
10501 North Central Expy., Suite 106
Dallas, Texas 75231
(972) 755-7100 (*tel.*)
(972) 755-7110 (*facsimile*)

**COUNSEL FOR JAMES S. GRADY**